Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK YBANEZ, an individual, | Case No.: 8:17-CV-00661-DOC-DFM |
| Plaintiff, | **Notice of Settlement** |
| v. | |
| DEVILLE ASSET MANAGEMENT, LTD; and DOES 1 through 10 inclusive. | |
| Defendant. | |

    The parties hereby give notice that this matter is settled. The parties anticipate filing a dismissal within 45 days.

Dated: April 11, 2018      /s/Jeremy S. Golden_____
                                            Jeremy S. Golden
                                            Attorney for Plaintiff