Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RODRICK YBANEZ, an individual, | Case No. 8:17-cv-00661-DOC-DFM |
| Plaintiff, | **Stipulation for Dismissal of Entire Case** |
| v. | |
| DEVILLE ASSET MANAGEMENT, LTD; and DOES 1 through 10 inclusive, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the undersigned parties hereby stipulate to dismiss this action with prejudice. Each party to bear its own fees and costs.

DATED:  May 10, 2018	____s/ Jeremy S. Golden_____
	Jeremy S. Golden
	Attorney for Plaintiff

DATED:  May 10, 2018	__s/ Thomas Palecek_____
	Thomas Palecek
	Attorney for Defendants