1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RODRICK YBANEZ, an individual, ) | Case No. 8:17-cv-00661-DOC-DFM |
| ) | |
| Plaintiff, ) | **ORDER DISMISSING ACTION** |
| ) | **WITH PREJUDICE** |
| v. ) | |
| ) | |
| DEVILLE ASSET MANAGEMENT, ) | |
| LTD; and DOES 1 through 10 ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED

DATE: May 10, 2018          BY: _/s/ David O. Carter_____
                                  DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE